```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21432
    LAWRENCE A CARLSON JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
     SSN XXX-XX-3777


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/15/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 12/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC   UNSECURED         12933.19           .00           .00
BENEFICIAL FINANCE/HSBC   CURRENT MORTG         .00            .00           .00
BENEFICIAL FINANCE/HSBC   MORTGAGE ARRE      644.00            .00           .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC    20732.85       1445.38       2453.16
CHRYSLER FINANCIAL SVC A  UNSECURED        NOT FILED          .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00            .00           .00
CAPITAL ONE               UNSECURED          918.27            .00           .00
PORTFOLIO RECOVERY        UNSECURED         1200.45            .00           .00
FIRST EQUITY CARD         UNSECURED         1492.62            .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1953.22            .00           .00
ECAST SETTLEMENT CORP     UNSECURED          936.69            .00           .00
HC PROCESSING CENTER      UNSECURED        NOT FILED          .00           .00
TCF NATIONAL BANK         UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT          UNSECURED         1231.18            .00           .00
HSBC BANK NEVADA NA       UNSECURED         2868.20            .00           .00
NICOR GAS                 UNSECURED        NOT FILED          .00           .00
QUICK CLICK LOANS         UNSECURED         3291.30            .00           .00
ISAC                      UNSECURED        15422.65            .00           .00
STATE FARM BANK           UNSECURED         2990.69            .00           .00
TARGET NATIONAL BANK      UNSECURED          499.89            .00           .00
UNIVERSAL LENDERS INC     UNSECURED         2054.41            .00           .00
WESTBURY                  UNSECURED        NOT FILED          .00           .00
COOK COUNTY TREASURER     PRIORITY              .00            .00           .00
COOK COUNTY TREASURER     PRIORITY              .00            .00           .00
BURNS & WINCEK LTD        DEBTOR ATTY      3,000.00                      2,199.37
TOM VAUGHN                TRUSTEE                                          516.09
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21432 LAWRENCE A CARLSON JR

```
--------------------------------------------------------------------------
TRUSTEE                                  6,614.00

PRIORITY                                                              .00
SECURED                                                          2,453.16
    INTEREST                                                     1,445.38
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,199.37
TRUSTEE COMPENSATION                                               516.09
DEBTOR REFUND                                                         .00
                                    ---------------     ---------------
TOTALS                                   6,614.00            6,614.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 07 B 21432 LAWRENCE A CARLSON JR